Judge Timothy W. Dore
Chapter 11 Sub V

1

2

3

4

5

6

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7

8

9

In re

10

ALL STAR TRUCKING, LLC,

11

12

Debtor.

Case No. 24-12934-TWD

NOTICE OF APPEARANCE

13

TO:     DEBTOR; and

14

TO:     CLERK OF THE COURT

15

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Matthew J.P.

16

Johnson, Attorney for the United States Trustee, hereby enters his appearance on behalf of the

17

United States Trustee for Region 18.

18

Dated: November 18, 2024

19

20

Respectfully submitted,

21

JONAS V. ANDERSON
Acting United States Trustee for Region 18

22

23

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

24

25

26

27

28

NOTICE OF APPEARANCE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)