Entered on Docket November 19, 2024

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

In re:

All Star Trucking, LLC,

                                Debtor.

Case No. 24-12934-TWD

**ORDER SETTING STATUS CONFERENCE AND DEADLINE TO FILE CLAIMS**

The Debtor has elected that Subchapter V of Chapter 11 apply in this case. Accordingly, it is ORDERED that:

1. The status conference required by 11 U.S.C. § 1188(a) ("Conference") shall be held on January 3, 2025 at 11:30 a.m. in Judge Dore's Courtroom, Room 8106 of the United States Courthouse, 700 Stewart Street, Seattle, Washington.

2. The Debtor, the Debtor's attorney and the Trustee shall attend the Conference. Attendance by creditors or other interested parties is strictly voluntary.

3. The Debtor shall prepare, file and serve the report required by 11 U.S.C. § 1188(c) by December 20, 2024.

ORDER SETTING STATUS CONFERENCE AND DEADLINE TO FILE CLAIMS - 1

4. Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), the last day to file proofs of claim or equity security interest is December 31, 2024 ("Claim Deadline").

5. By November 22, 2024, the Debtor shall prepare, file and serve on all creditors, equity security holders and other parties in interest a notice of the Claim Deadline ("Claim Notice"). The Claim Notice shall include the following language about the option to file proofs of claim or equity security interest electronically:

> Creditors may file their proofs of claim online at http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Room 6301, Seattle, Washington 98101.

6. By November 22, 2024, the Debtor shall prepare and file a proof of service demonstrating compliance with paragraph 5 of this Order.

/ / / End of Order / / /